# EXHIBIT 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-403-287**

**Effective Date of Registration:**
March 05, 2024

**Registration Decision Date:**
July 15, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: November 21, 2020 to November 21, 2020

**Title** _____

- **Title of Group:** slingback bodysuit
- **Number of Photographs in Group:** 17
- **Individual Photographs:** slingback bodysuit001, slingback bodysuit002, slingback bodysuit003, slingback bodysuit004, slingback bodysuit005, slingback bodysuit006, slingback bodysuit007, slingback bodysuit008, slingback bodysuit009, slingback bodysuit010, slingback bodysuit011, slingback bodysuit012, slingback bodysuit013, slingback bodysuit014, slingback bodysuit015, slingback bodysuit016, slingback bodysuit017
- **Published:** November 2020

## Completion/Publication

- **Year of Completion:** 2020
- **Earliest Publication Date in Group:** November 21, 2020
- **Latest Publication Date in Group:** November 21, 2020
- **Nation of First Publication:** United States

## Author _____

|  |  |
|---|---|
| Author: | Hexin Holding Limited |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | China |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Hexin Holding Limited<br>FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713<br>NATHAN ROAD, MONGKOK, KLN, HONG KONG, HongKong, China |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Hexin Holding Limited |
| Name: | Rongqing Xu |
| Email: | legal@hexincorp.com |
| Telephone: | +8617759205973 |
| Address: | FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713<br>NATHAN ROAD, MONGKOK, KLN, HONG KONG<br>HongKong 999077 China |

## Certification

|  |  |
|---|---|
| Name: | RongqingXu |
| Date: | March 05, 2024 |

---

|  |  |
|---|---|
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |