IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 24-cv-12753<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Hexin Holding Limited ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Amended Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 18, 2024, [18] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-

commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally registered copyright and patent, which are protected by copyright registration No. VA 2-403-287; and patent registration No. US D981,078 S ("Hexin Copyright and Patent") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of Hexin Copyright and Patent. *See* Docket No. 13, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of Hexin Copyright and Patent.

  This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

  Specifically, Plaintiff has proved a *prima facie* case of copyright and patent infringement because (1) Plaintiff is the owner of the registered Hexin Copyright and Patent, (2) Defendants are not licensed or authorized to use any of the Hexin Copyright and Patent, and (3) Defendants' use of the Hexin Copyright and Patent is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff's products. Furthermore, Defendants' continued and unauthorized use of Hexin Copyright and Patent irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of

exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using Hexin Copyright and Patent or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Hexin product that is not produced under the authorization, control, or supervision of Plaintiff;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyright or patent, including Hexin Copyright and Patent, or any reproductions, infringing copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Temu, TikTok, Amazon.com, Inc., Alibaba, AliExpress, and Walmart (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon.com, Inc., Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice,

4

disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using Hexin Copyright and Patent.

5. Any Third Party Providers as defined in Paragraph 3 shall within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint and Amended Complaint [5, 8], Exhibit 3 to the Declaration of Juan Yang [13], and the TRO [18] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and

5

  the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $184,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

              SO ORDERED:

              _____
              Jorge L. Alonso
              United States District Judge

Dated: January 21, 2025

# SCHEDULE A

# DEFENDANT ONLINE MARKETPLACES

| No. | Seller | URL |
|---|---|---|
| 1 | Panda Home Supply Shop | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E5%AE%9E%E5%BF%83%E9%9C%B2%E8%83%8C%E6%97%A0%E7%BC%9D%E5%A1%91 |
| 2 | LIYAOYAO | https://www.temu.com/us-zh-Hans/1%E4%BB%B6%E5%AE%9E%E5%BF%83%E5%8F%AF%E8%B0%83%E8%8A%82%E8%82%A9%E5%B8%A6%E7%B4%A7 |
| 3 | Blue friends | https://www.temu.com/us-zh-Hans/bodysuit-shaping-underwear-with-abdomen-control-buttocks-lifting-high-waisted-panties-postpartum-slimming-bodysuit-with-chest-support-and-shoulder-straps- |
| 4 | ZIYOUMA | https://www.temu.com/us-zh-Hans/1%E4%BB%B6%E8%85%B9%E9%83%A8%E6%8E%A7%E5%88%B6%E5%A1%91%E8%BA%AB%E8%A1%A3-%E7%94%A8 |
| 5 | QIMENGXING | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E8%81%9A%E9%85%B0%E8%83%BA%E9%92%88%E7%BB%87%E7%B4%A7%E8%BA%AB% |
| 6 | Pop lingerie shop | https://www.temu.com/us-zh-Hans/2pcs-seamless-slip-shaping-romper-tummy-control-butt-lifting-slimmer-body-shaper-womens-underwear-shapewear-g- |
| 7 | Responsive Shop | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E5%AE%9E%E5%BF%83%E9%9C%B2%E8%83%8C%E6%97%A0%E7%BC%9D%E5%A1%91%E8%BA%AB%E8%A1%A3%E8%BF%9E%E4%BD%93%E7%B4 |
| 8 | Kimkal local | https://www.temu.com/us-zh-Hans/3%E4%BB%B6%E7%BA%AF%E8%89%B2%E6%97%A0%E8%A2%96%E5%90%8A%E5%B8%A6%E8%83%8C%E5%BF%83%E8%BF%9E%E8%BA%AB%E8%A3%A4-%E4%BF%AE%E8%BA |
| 9 | FYPshop | https://www.temu.com/us-zh-Hans/womens-2-pack-shapewear-bodysuits-seamless-tummy-control-thigh-slimmer-butt-lifter-crew-neck- |
| 10 | BVBANTUOGUAN | https://www.temu.com/us-zh-Hans/3-%E4%BB%B6%E8%A3%85%E5%A1%91%E8%BA%AB%E5%86%85%E8%A1%A3-%E5%A5%B3%E5%A3%AB%E6%94%B |
| 11 | JinLinYang | https://www.temu.com/us-zh-Hans/%E4%B8%80%E6%AC%BE%E5%B8%A6%E8%87%82%E9%83%A8%E8%BF%90%E5%8A%A8%E5%99%A8%E7%9A%84% |

| 12 | congra | https://www.temu.com/us-zh-Hans/solid-color-spaghetti-strap-romper-jumpsuit-sexy-backless-shapewear-romper-jumpsuit-women-s- |
|---|---|---|
| 13 | FENCI | https://www.temu.com/us-zh-Hans/solid-color-yoga-sports-sleeveless-bodysuit-womens-activewear-body-shaper-g- |
| 14 | ZUOANDS | https://www.temu.com/us-zh-Hans/2pc-%E6%AC%A7%E7%BE%8E%E7%88%86%E7%82%B8%E6%80%A7%E8%BF%9E%E4%BD%93%E5%A1%91%E8%BA |
| 15 | ZANUnderwear pajamas | https://www.temu.com/us-zh-Hans/2%E4%BB%B6%E5%A5%97%E5%A1%91%E8%BA%AB%E8%A1%A3-%E4%B8%80%E4%BD%93%E8%85%B9%E9%83%A8 |
| 16 | Panda Home supply Shop | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E5%AE%9E%E5%BF%83%E9%9C%B2%E8%83%8C%E6%97%A0%E7%BC%9D%E5%A1%91 |
| 17 | Responsive shop | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E5%AE%9E%E5%BF%83%E9%9C%B2%E8%83%8C%E6%97%A0%E7%BC%9D%E5%A1%91 |
| 18 | LIYAOYAO | https://www.temu.com/us-zh-Hans/1%E4%BB%B6%E5%AE%9E%E5%BF%83%E5%8F%AF%E8%B0%83%E8%8A%82%E8%82%A9%E5%B8%A6%E7%B4%A7 |
| 19 | BVBANTUOGUAN | https://www.temu.com/us-zh-Hans/3-%E4%BB%B6%E8%A3%85%E5%A1%91%E8%BA%AB% |
| 20 | Qimu Technology | https://www.temu.com/us-zh-Hans/%E4%B8%80%E4%BB%B6%E4%B8%AD%E6%94%AF%E6%92%91-%E6%97%A0%E5%A1%AB%E5%85%85-%E6%97%A0% |
| 21 | QIMENGXING | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E8%81%9A%E9%85%B0%E8%83%BA%E9%92%88%E7%BB%87%E7%B4%A7%E8%BA%AB% |
| 22 | LOVEBODY | https://www.temu.com/us-zh-Hans/2-%E4%BB%B6%E8%A3%85%E5%A1%91%E8%BA%AB% |
| 23 | CURVIFY | https://www.temu.com/us-zh-Hans/2-%E4%BB%B6%E5%A5%B3%E5%A3%AB%E5%A1%91 |
| 24 | EveryDayyy | https://www.temu.com/us-zh-Hans/%E5%A5%B3%E5%A3%AB%E5%A1%91%E8%BA%AB%E8%A1%A3%E6%8F%90%E8%87%80%E8%BF%9E%E4%BD%93 |
| 25 | Kimkal local | https://www.temu.com/us-zh-Hans/3%E4%BB%B6%E7%BA%AF%E8%89%B2%E6%97%A0%E8%A2%96%E5%90%8A%E5%B8%A6%E8%83%8C%E5%BF%83% |
| 26 | KEONSHE | https://www.temu.com/us-zh-Hans/3-%E4%BB%B6%E5%8A%A0%E5%A4%A7%E7%A0%81%E7%BA%AF%E8%89%B2%E5%90%8A%E5%B8%A6%E8%BF%9 |

8

| 27 | BEAUTYBODY | https://www.temu.com/us-zh-Hans/2-pcs-seamless-sleeveless-camisole-jumpsuit-abdominal-control-hip-lift-slimming--slim-yoga- |
| --- | --- | --- |
| 28 | kantikk | https://www.temu.com/us-zh-Hans/tummy-control-butt-lifting-slip-body-shaper-seamless-solid-shaping-romper-womens-underwear-shapewear-g- |
| 29 | Ruixiang shopping | https://www.temu.com/us-zh-Hans/%E4%B8%80%E4%BB%B6%E6%97%B6%E5%B0%9A%E785-%E8%81%9A%E9%85%B0%E8%83%BA15-%E6%B0%A8%E7% |
| 30 | MaLiyy | https://www.temu.com/us-zh-Hans/3-%E4%BB%B6%E8%A3%85%E4%BC%98%E9%9B%85%E |
| 31 | DZ Body shaper | https://www.temu.com/us-zh-Hans/2-%E4%BB%B6%E6%97%A0%E7%BC%9D%E5%A1%91% |
| 32 | SSHNZRH | https://www.temu.com/us-zh-Hans/seamless-open-back-stretchy-shapewear-bodysuit-tummy-control-slimmer-body-shaper-womens- |
| 33 | MOONLILI | https://www.temu.com/us-zh-Hans/2pc-european-and-american---shapewear--waist-slimming-suit-arm-lifting-waist-tight-corset-underwear--suit-g- |
| 34 | LMF | https://www.temu.com/us-zh-Hans/%E5%AE%9E%E5%BF%83%E6%BB%91%E5%A1%91%E5%BD%A2%E6%97%A0%E7%BC%9D%E8%BF%9E%E4%BD%93 |
| 35 | zero crossing | https://www.temu.com/us-zh-Hans/%E5%B8%A6%E5%AD%90%E5%BC%8F%E5%A1%91%E8%BA%AB%E8%BF%9E%E4%BD%93%E8%A3%A4-%E5%8A%A |
| 36 | GlowEssence | https://www.temu.com/us-zh-Hans/3-%E4%BB%B6%E7%BA%AF%E8%89%B2%E6%97%A0%E8%A2%96%E8%83%8C%E5%BF%83%E8%BF%9E%E4%BD%9 |
| 37 | CH Underwear and bar | https://www.temu.com/us-zh-Hans/%E4%B8%80%E7%A7%8D%E5%85%A8%E8%BA%AB%E5%A1%91%E5%BD%A2%E8%BF%9E%E4%BD%93%E8%A1%A3- |
| 38 | ANGELTALK | https://www.temu.com/us-zh-Hans/solid-color-sleeveless-cami-romper-slim-fit-yoga-sports-sleeveless-bodysuit-womens-activewear-g- |
| 39 | Slimladyyy | https://www.temu.com/us-zh-Hans/seamless-solid-shaping-romper-tummy-control-butt-lifting-slip-body-shaper-womens-underwear- |
| 40 | UNDERWEAR AND BRA | https://www.temu.com/------hip----underpants---------on--for--g-601099645723752.html?_oak_mp_inf=EOjI7tam1ogBGiBmZDY2MjUwMWM3NDc2OTVjYjhjOWEzM2YyMDA5MCCx3aeXqzI%3 |
| 41 | WRSHAPLESS | https://www.temu.com/plus-size-women--suit----butt--------g-601099676493767.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F3d558ed9-a6b8-4042-9db5- |

| # | Name | URL |
|---|---|---|
| 42 | eevvee | https://www.temu.com/--bodysuit-v-----butt------womens---bodycon-postpartum--bodysuit--------g-601099662564638.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 43 | ABCDEFGHJ | https://www.temu.com/------hip----underpants---------on--for--g-601099645710965.html?_oak_mp_inf=EPXk7dam1ogBGiAwMjI4NmRiZGY0ZWM0YTgxOGY3YTJhZjY2ODJiNTEwYSDXveCXqzI%3 |
| 44 | Black Monkeys | https://www.temu.com/--postpartum------hip--------g-601099646002134.html?_oak_mp_inf=ENbH%2F9am1ogBGiAwMjI4NmRiZGY0ZWM0YTgxOGY3YTJhZjY2ODJiNTEwYSC2zOaXqzI |
| 45 | Blue friends | https://www.temu.com/bodysuit------buttocks----panties-postpartum--bodysuit----and---g-601099576842787.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 46 | BVBANTUOGUAN | https://www.temu.com/3-----womens------butt---g-601099614260417.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F2601dc10-9c76-474b-8703- |
| 47 | CH Underwear and bar | https://www.temu.com/womens---suit---panties----buttocks------postpartum-------no---g-601099651965063.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 48 | DaDaGrace | https://www.temu.com/womens--bodysuit-for----up---butt--g-602246938986797.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F1f23586e40%2Fd841528f-b060-42a6- |
| 49 | eevvee | https://www.temu.com/--bodysuit-v-----butt------womens---bodycon-postpartum--bodysuit--------g- |
| 50 | ELEGANT SHAPE | https://www.temu.com/plus-size---suit-polyamide------butt-----no-----g-601099659323117.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 51 | EveryDayyy | https://www.temu.com/--butt--suit------swear-g-601099640679753.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 52 | Fansi bra | https://www.temu.com/goods-detail-g-601099707964485.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 53 | FYPshop | https://www.temu.com/goods-detail-g-601099672797703.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F0e50b01b-2d96-47c9-909c- |
| 54 | HOME SUPPLY SHOP | https://www.temu.com/womens------bodysuit-----butt------------outfits-womens--g-601099650700010.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 55 | kantikk | https://www.temu.com/goods-detail-g-601099655081965.html?top_gallery_url=https%3A%2F%2Fimg |

| | | |
|---|---|---|
| | | .kwcdn.com%2Fproduct%2Fopen%2F2024-08-31%2F1725071784868- |
| 56 | LIYAOYAO | https://www.temu.com/1pc----bodysuit--butt---bodyshaper-womens---g-601099549460057.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 57 | LOVEBODY | https://www.temu.com/2--wear-s------hip--er------postpartum-butt---wear-g-601099610744552.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F2f7e0fb9-d4a9-4ba7-a1c4- |
| 58 | MALIY SHOP | https://www.temu.com/3-pcs-solid-color-sleeveless-camisole-jumpsuit-slim-yoga-sports-sleeveless-one-piece-womens-sportswear-hip-lifting-seamless-shapewear-tummy-beauty-one-piece-summer- |
| 59 | MaLiyy | https://www.temu.com/3-----s--sleeveless---------butt---polyamide-elastane--non-padded----summer--gym--g-601099630441876.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 60 | Olive Bra | https://www.temu.com/3pcs-womens-solid-backless-seamless-shapewear-one-piece-bodysuit-casual-and-comfortable-belly-control-hip-lift-shaping-device-suitable-for-daily-wear-2024-summer-clothing- |
| 61 | QIMENGXING | https://www.temu.com/womens-polyamide--bodysuit---------snap--g-601099599652526.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn |
| 62 | Qimu Technology | https://www.temu.com/womens-polyamide---------no--and--3d-hip--------g-601099623858202.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fc41f981a-04d5-4344-9cf9- |
| 63 | Ruixiang Shopping | https://www.temu.com/-polyamide--bodysuit-----no-----bodysuit----and----85-polyamide-15-elastane--g-601099631694191.html?top_gallery_url=https%3A%2 |
| 64 | WRSHAPLESS | https://www.temu.com/plus-size-women--suit----butt--------g-601099676493767.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F3d558ed9-a6b8-4042-9db5- |
| 65 | Yashuting | https://www.temu.com/---cami---------womens---g-601099535945808.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F672fb9b9-bf93-4a1d-8530- |
| 66 | ZIYOUMA | https://www.temu.com/1pc-tummy-control-body-shapewear-for-postpartum-support-solid-color-shaping-and-hip-lift-bodysuit-g- |
| 67 | Very Comfortable Store | https://www.aliexpress.com/item/3256806980582958.html?spm=a2g0o.imagesearchproductlist.main.41.602ee2wAe2wAlj |
| 68 | Xiap Store | https://www.aliexpress.com/item/3256806132391378.html?spm=a2g0o.imagesearchproductlist.main.43.602ee2wAe2wAlj |

11

| | | |
|---|---|---|
| 69 | Xinsen Faja Store | https://www.aliexpress.com/item/3256806058967672.html?spm=a2g0o.imagesearchproductlist.main.47.602ee2wAe2wAlj |
| 70 | HNICED Store | https://www.aliexpress.com/item/3256805934196857.html?spm=a2g0o.imagesearchproductlist.main.49.602ee2wAe2wAlj |
| 71 | Fxtf Qunne Of The Night Store | https://www.aliexpress.com/item/3256807327408147.html?spm=a2g0o.imagesearchproductlist.main.55.602ee2wAe2wAlj |
| 72 | OWEQ Shapewear Store | https://www.aliexpress.com/item/3256806828110587.html?spm=a2g0o.imagesearchproductlist.main.69.602ee2wAe2wAlj |
| 73 | Shop3993026 Store | https://www.aliexpress.com/item/3256806710581559.html?spm=a2g0o.imagesearchproductlist.main.73.602ee2wAe2wAlj |
| 74 | AphroVenus Store | https://www.aliexpress.com/item/3256806600291218.html?spm=a2g0o.imagesearchproductlist.main.83.602ee2wAe2wAlj |
| 75 | GZL shop Store | https://www.aliexpress.com/item/3256805865076765.html?spm=a2g0o.imagesearchproductlist.main.99.602ee2wAe2wAlj |
| 76 | LEM Company Store | https://www.aliexpress.com/item/3256806794834681.html?spm=a2g0o.imagesearchproductlist.main.101.602ee2wAe2wAl |
| 77 | AS Underwear Company Store | https://www.aliexpress.us/item/3256805883974762.html?spm=a2g0o.imagesearchproductlist.main.3.602ee2wAe2wAlj&p |
| 78 | fashion clothing shoes and hats agency Store | https://www.aliexpress.us/item/3256806697389135.html?spm=a2g0o.imagesearchproductlist.main.11.602ee2wAe2wAlj& |
| 79 | Shop912573332 Store | https://www.aliexpress.us/item/3256806652212828.html?spm=a2g0o.imagesearchproductlist.main.17.602ee2wAe2wAlj& |
| 80 | HSHYZM Store | https://www.aliexpress.us/item/3256806503364109.html?spm=a2g0o.imagesearchproductlist.main.21.602ee2wAe2wAlj& |
| 81 | HESHEIT YZ Store | https://www.aliexpress.us/item/3256807022496171.html?spm=a2g0o.imagesearchproductlist.main.23.602ee2wAe2wAlj&pdp_npi=4%40dis%21USD%219.64%214.82%21%21%219.64%214.82%21% |
| 82 | Shop1103843177 Store | https://www.aliexpress.us/item/3256806812671296.html?spm=a2g0o.imagesearchproductlist.main.27.602ee2wAe2wAlj&pdp_npi=4%40dis%21USD%2111.91%215.24%21%21%2184.40%2137.14% |
| 83 | Shop1103945453 Store | https://www.aliexpress.us/item/3256807288238407.html?spm=a2g0o.imagesearchproductlist.main.25.602ee2wAe2wAlj&pdp_npi=4%40dis%21USD%2134.67%219.36%21%21%21245.68%2166.33 |
| 84 | Guangzhou Sihe Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Hot-sale-Women-Full-Body- |
| 85 | Shishi Shanqishen Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Large-size-new-hip-lifting- |
| 86 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | https://www.alibaba.com/product-detail/I-0385-Slimming-Seamless-Tummy- |
| 87 | Shantou City Chaoyang District Gurao Man Linxin Knitted Underwear Factory | https://www.alibaba.com/product-detail/Hot-Sale-Eco-Friendly-Shapewear-Seamless_1601213148117.html?spm=a2700.picsearch.normal_offer.d_title.5bdf5f935eU2Ze |
| 88 | Guangzhou Jingfan E-Commerce Co., Ltd. | https://www.alibaba.com/product-detail/High-Quality-Seamless-Women-Full-Body_1601065061668.html?spm=a2700.picsearch.normal_offer.d_title.5bdf5f935eU2Ze |

12

| | | |
|---|---|---|
| 89 | Beijing Xinying Jieli Trading Co., Ltd. | https://www.alibaba.com/product-detail/One-Piece-Shapewear-Belly-Lift-Hip_1601104234235.html?spm=a2700.picsearch.normal_offer.d_title.5bdf5f935eU2Ze |
| 90 | Zhejiang Fenxuelin Knitting Apparel Co., Ltd. | https://www.alibaba.com/product-detail/Breathable-Women-s-Full-Body- |
| 91 | Quanzhou Taishang District Fuxin Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Compression-women-bondage-shapewear-bodysuit-f |
| 92 | Hubei Hui Li Apparel Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-Custom-High-Elastic-Gym- |
| 93 | Hangzhou Beijimage Electronic Commerce Co., Ltd. | https://www.alibaba.com/product-detail/Oqq-High-Quality-Sling-Sleeveless- |
| 94 | Nanchang Nuoyuanda Technology Co., Ltd. | https://www.alibaba.com/product-detail/Hot-selling-Eco-Friendly-New- |
| 95 | Dongyang Karen Apparel Co., Ltd. | https://www.alibaba.com/product-detail/Shapewear-for-Women-Tummy-Control- |
| 96 | Xiamen Growjaa New Material Company | https://www.alibaba.com/product-detail/Custom-Logo-Full-Body-Tummy- |
| 97 | Huizhou Youmei Technology Co., Ltd. | https://www.alibaba.com/product-detail/Elasticity-Waist-Trainer-Shaper-Compression- |
| 98 | Shenzhen Macbank Technology Co., Ltd. | https://www.alibaba.com/product-detail/King-Mcgreen-star-New-arrival- |
| 99 | Dongguan Beauty Crafts Co., Ltd. | https://www.alibaba.com/product-detail/Shapewear-Bodysuit-Sculpting-Body-Shaper- |
| 100 | Shenzhen Embrace Underwear Co., Ltd. | https://www.alibaba.com/product-detail/Compression-Corset-Postpartum-Shapewear-waist-t |
| 101 | Shenzhen Heshichuang Technology Co., Ltd. | https://www.alibaba.com/product-detail/Bodysuits-Full-Coverage-Shapewear-Thigh- |
| 102 | Foshan City Nanhai District Yigesuo Clothing Factory (individual Business) | https://www.alibaba.com/product-detail/New-products-launched-in-2024- |
| 103 | Fuzhou Jihai Times Network Technology Co., Ltd. | https://www.alibaba.com/product-detail/S003-New-Women-S-Shapewear- |
| 104 | Ningbo Feinade Electrical Appliance Co., Ltd. | https://www.alibaba.com/product-detail/Women-s-Shapewear-One-piece- |
| 105 | Shenzhen Xilong Trading Co., Ltd | https://www.alibaba.com/product-detail/Hot-Selling-Products-2024-Women- |
| 106 | Zhongshan Karine Clothing Limiled Company | https://www.alibaba.com/product-detail/Shapewear-Women-High-Compression-Bodysuit- |
| 107 | Zhejiang Gengweiyun Import And Export Co., Ltd. | https://www.alibaba.com/product-detail/Tummy-Control-Shapewear-Bodysuit-For- |
| 108 | OCY SHAPEWEAR STORE | https://shop.tiktok.com/view/product/1729638409796292780 |
| 109 | OCY Shapewear | https://shop.tiktok.com/view/product/1729638406117495208 |

| | | |
|---|---|---|
| 110 | Piishoo Girl | https://shop.tiktok.com/view/product/1729493771378528273 |
| 111 | HEBBE | https://shop.tiktok.com/view/product/1729667778985431348 |
| 112 | OOQQ-good happy | https://shop.tiktok.com/view/product/1729691097968185919 |
| 113 | Guuwwqq | https://shop.tiktok.com/view/product/1729798519562343183 |
| 114 | Osterman Investments, Llc | https://shop.tiktok.com/view/product/1729754874684870672 <br> https://shop.tiktok.com/view/product/1729754790794661904 <br> https://shop.tiktok.com/view/product/1729754848752734224 <br> https://shop.tiktok.com/view/product/1729754891721150480 |
| 115 | xudeshunus0001 | **https://shop.tiktok.com/view/product/1729754874684870672** <br> **https://shop.tiktok.com/view/product/1729754790794661904** <br> **https://shop.tiktok.com/view/product/1729754848752734224** <br> **https://shop.tiktok.com/view/product/1729754891721150480** |
| 116 | cioashco shop | https://shop.tiktok.com/view/product/1729815104312610826 <br> https://shop.tiktok.com/view/product/1729814781795864586 <br> https://shop.tiktok.com/view/product/1729814923600629770 <br> https://shop.tiktok.com/view/product/1729814919637995530 |
| 117 | Dee's Women's Clothing Shop | https://shop.tiktok.com/view/product/1729799935402414892 |
| 118 | Lumos Networks Corp. | https://shop.tiktok.com/view/product/1729732395790471839 <br> https://shop.tiktok.com/view/product/1729732521075053215 <br> https://shop.tiktok.com/view/product/1729732465702048415 <br> https://shop.tiktok.com/view/product/1729732484177826463 |
| 119 | xumenglianus0001 | https://shop.tiktok.com/view/product/1729799818987671788 |
| 120 | Aura Fit | https://shop.tiktok.com/view/product/1729772143609155603 |
| 121 | Guuwwqq | https://shop.tiktok.com/view/product/1729798519562343183 |
| 122 | Osterman Investments, Llc | https://shop.tiktok.com/view/product/1729754891721150480 |
| 123 | cioashco shop | https://shop.tiktok.com/view/product/1729815104312610826 |
| 124 | xudeshunus0001 | https://shop.tiktok.com/view/product/1729797155548861082 |
| 125 | Lumos Networks Corp. | https://shop.tiktok.com/view/product/1729732395790471839 |
| 126 | EXCEPTED | EXCEPTED |
| 127 | EXCEPTED | EXCEPTED |

| 128 | LWDUDE | https://www.amazon.com/LWDUDE-Anti-curl-waist-comfortable-postpartum/dp/B0C9L3WRYZ/ref=sr_1_299_sspa? |
|---|---|---|
| 129 | FYY US | https://www.amazon.com/sp?ie=UTF8&seller=A222X4SZL8V9A5&asin=B0B9Y2YBPV |
| 130 | Ridley's21 | https://www.amazon.com/KDHGi-Waist-Trainer-Women- |
| 131 | MODA KING PERU | https://www.walmart.com/ip/MODA-KING-PERU-Invisible-Tape-Hourglass-Wrap-Bandage- |
| 132 | SENXUAN Co.Ltd. | https://www.walmart.com/ip/Zukuco-Waist-Trainer-for-Women-Bandage-Wrap-Sauna-Belt-Long-Torso- |
| 133 | JishinGal | https://www.walmart.com/ip/JishinGal-Tummy-Control-Bandage-Wrap-Waist-Trainer-for-Men- |
| 134 | Cupids shop | https://www.temu.com/us-zh-Hans/2-%E4%BB%B6%E5%A5%B3%E5%A3%AB%E8%85%B9%E9%83%A8%E8%84%82%E8%82%AA%E |
| 135 | Segoru | https://www.temu.com/1pc-graphic-print-waist-trainer-for-sports-fitness-g-601099532116507.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.co |
| 136 | DailNeeds Supermarket | https://www.temu.com/womens-waist-trainer-body-shaper-wrap-tummy-control-belt-g-601099535900290.html?t |
| 137 | TOTFAMILY | https://www.temu.com/sauna-suit-for-women-waist-trainer-workout-sweatband-waist-trimmer-tummy- |
| 138 | A JELLYFISH | https://www.temu.com/elastic-waist-support-belt-tummy-control-belt-for-yoga-fitness-sports-g- |
| 139 | Sportmarket | https://www.temu.com/1pc-women-waist-wrap-trimmer-adjustable-elastic-waist-trainer-shaperwear- |
| 140 | Vensslim Shaper Store | https://www.aliexpress.us/item/3256806758129459.html?spm=a2g0o.productlist.main.21.7a1dSLEESLEEUH&algo_pvi |
| 141 | XIN -YUAN Store | https://www.aliexpress.us/item/3256804119894071.html?spm=a2g0o.productlist.main.81.7a1dSLEESLEEUH&algo_pvi |
| 142 | Shop1103836054 Store | https://www.aliexpress.us/item/3256807271938570.html?spm=a2g0o.productlist.main.83.7a1dSLEESLEEUH&algo_pvi |
| 143 | YBFDO Official Store | https://www.aliexpress.com/item/3256806672950485.html?spm=a2g0o.productlist.main.109.7a1dSLEESLEEUH&algo_p |
| 144 | Body Clothing Store | https://www.aliexpress.com/item/3256806392680830.html?spm=a2g0o.productlist.main.67.7a1dSLEESLEEUH&algo_pv |
| 145 | BoomYinGlam Corset Store | https://www.aliexpress.com/item/3256805089005283.html?spm=a2g0o.productlist.main.27.7a1dSLEESLEEUH&algo_pv |
| 146 | Corsenaan Corset Store | https://www.aliexpress.com/item/3256807078546856.html?spm=a2g0o.productlist.main.57.7a1dSLEESLEEUH&algo_pv |
| 147 | CXZD Trendy Store | https://www.aliexpress.com/item/3256806450093707.html?spm=a2g0o.productlist.main.9.7a1dSLEESLEEUH&algo_pvi |
| 148 | Wearmay Season Store | https://www.aliexpress.com/item/3256803801505966.html?spm=a2g0o.imagesearchproductlist.main.3.870cZMs5ZMs5If |
| 149 | LIUSAN63 Store | https://www.aliexpress.com/item/3256805213391720.html?spm=a2g0o.imagesearchproductlist.main.1.870cZMs5ZMs5If |

| 150 | Kid-Three Store | https://www.aliexpress.com/item/3256806689086833.html?spm=a2g0o.imagesearchproductlist.main.5.870cZMs5ZMs5If |
|---|---|---|
| 151 | KingsWay Store | https://www.aliexpress.com/item/3256803216084869.html?spm=a2g0o.imagesearchproductlist.main.7.870cZMs5ZMs5If |
| 152 | SMDPPWDBB Official Store | https://www.aliexpress.com/item/3256803903096627.html?spm=a2g0o.imagesearchproductlist.main.15.870cZMs5ZMs5If |
| 153 | Shop2129001 Store | https://www.aliexpress.com/item/3256805140472586.html?spm=a2g0o.imagesearchproductlist.main.19.870cZMs5ZMs5If |
| 154 | FashionOnline Store | https://www.aliexpress.com/item/3256805140389059.html?spm=a2g0o.imagesearchproductlist.main.31.870cZMs5ZMs5If |
| 155 | 99 Factory Stores | https://www.aliexpress.com/item/3256804069262824.html?spm=a2g0o.imagesearchproductlist.main.35.870cZMs5ZMs5If |
| 156 | YECOKISO Official Store | https://www.aliexpress.com/item/3256803367367757.html?spm=a2g0o.imagesearchproductlist.main.101.870cZMs5ZMs5 |
| 157 | Happy Journey Outdoor Products Store | https://www.aliexpress.com/item/3256803259667546.html?spm=a2g0o.imagesearchproductlist.main.7.870cZMs5ZMs5If |
| 158 | Exquisite Everyday Store | https://www.aliexpress.com/item/3256803270437534.html?spm=a2g0o.imagesearchproductlist.main.15.870cZMs5ZMs5If |
| 159 | EXCEPTED | EXCEPTED |
| 160 | EXCEPTED | EXCEPTED |
| 161 | EXCEPTED | EXCEPTED |
| 162 | EXCEPTED | EXCEPTED |
| 163 | EXCEPTED | EXCEPTED |
| 164 | EXCEPTED | EXCEPTED |
| 165 | EXCEPTED | EXCEPTED |
| 166 | EXCEPTED | EXCEPTED |
| 167 | EXCEPTED | EXCEPTED |
| 168 | EXCEPTED | EXCEPTED |
| 169 | EXCEPTED | EXCEPTED |
| 170 | EXCEPTED | EXCEPTED |
| 171 | EXCEPTED | EXCEPTED |
| 172 | EXCEPTED | EXCEPTED |
| 173 | EXCEPTED | EXCEPTED |
| 174 | EXCEPTED | EXCEPTED |
| 175 | EXCEPTED | EXCEPTED |
| 176 | EXCEPTED | EXCEPTED |
| 177 | EXCEPTED | EXCEPTED |
| 178 | EXCEPTED | EXCEPTED |
| 179 | EXCEPTED | EXCEPTED |
| 180 | George shop | https://shop.tiktok.com/view/product/1729654025571831965 |
| 181 | CMCKAOSNIAB | https://shop.tiktok.com/view/product/1729687764492718284 |
| 182 | Divine Classiques | https://shop.tiktok.com/view/product/1729701906682974884 |
| 183 | Flex Digital creationz | https://shop.tiktok.com/view/product/1729664826702598502 |
| 184 | GlamCare Shop | https://shop.tiktok.com/view/product/1729800099079951305 |